## BLOCK v. WILLIAMS et al.

No. 23766. March 19, 1935.

James W. Cosgrove, for petitioner.

J. Berry King, Atty. Gen., Robt. D. Crowe, Asst. Atty. Gen., and B. A. Hamilton, for respondents.

PER CURIAM. The State Industrial Commission granted the application for an award. The employer, together with the insurance carrier, appealed upon the ground that section 13367, St. 1931, as amended by Laws 1933, c. 29, sec. 4, bars the claimant. On March 15, 1934, respondent filed a confession of error admitting that this court had decided with the petitioners. Indian Territory Illuminating Oil Co. v. Crown, 158 Okla. 51, 12 P. (2d) 689. The cause is therefore reversed and remanded to the State Industrial Commission to vacate the award entered.

## CROWN DRUG CO. v. TOM'S BAKERY, Inc.

No. 24487. March 19, 1935.

Hal Crouch and Philip Landa, for plaintiff in error.

J. H. Jarman, for defendant in error.

PER CURIAM. Petition in error was filed herein March 2, 1933, and brief of plaintiff in error filed April 27, 1933. The defendant in error has filed no brief. The cause is therefore reversed and remanded, with directions to vacate the judgment entered against the Crown Drug Company as prayed for in its petition in error.